# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,       :   No. 330 EAL 2019

               Respondent      :

                             :   Petition for Allowance of Appeal

                             :   from the Order of the Superior Court

          v.                   :

                             :

EDWARD  ADDISON,                :

                             :

               Petitioner      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of December, 2019, the Petition for Allowance of Appeal is **DENIED**.